**In re: Leo HINSON, Petitioner.**

No. 05–7732.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 26, 2006.

Leo Hinson, Petitioner Pro Se.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

PER CURIAM:

Leo Hinson petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to modify his term of imprisonment. He seeks an order from this court directing the district court to act. Because the district court has now ruled on Hinson's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*